



# MEMORANDUM OPINION

No. 04-11-00905-CV

## IN RE Jerry VALDEZ

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  January 11, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On December 21, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-PC-3026, styled *In the Estate of Martha Jane Valdez*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding. However, the rulings complained of were made by the Honorable John Hutchison, visiting judge.